# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| **RAYMOND WOLSEFER,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:17-CV-17726** |
| **V.** | **JUDGE IVAN L.R. LEMELLE** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | **MAGISTRATE JUDGE DANIEL E. KNOWLES, III** |
| **Defendant.** | |

## STIPULATION OF DIMISSAL WITH PREJUDICE

Plaintiff Raymond Wolsefer and Defendant Liberty Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Respectfully submitted,

  /s/ Reagan Toledano (w/permission)
Reagan L. Toledano
Louisiana State Bar No. 29687
Reagan Toledano
WILLEFORD & TOLEDANO
201 St. Charles Ave., Suite 4208
New Orleans, LA 70170
Ph: (504) 582-1286
Email: rtoledano@willefordlaw.com

**ATTORNEYS FOR PLAINTIFF**

        **AND**

        */s/ Iwana Rademaekers*
        Iwana Rademaekers (Texas State Bar No. 16452560)
        rademaei@jacksonlewis.com
        **LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
        14785 Preston Road, Suite 550
        Dallas, Texas 75254
        Telephone:  (214) 579-9319
        Facsimile:  (469) 444-6456
        Email:  iwana@rademaekerslaw.com

        - And -

        */s/ René E. Thorne*
        René E. Thorne (LA Bar No. 22875)
        thorner@jacksonlewis.com
        Juan Obregon (LA Bar No. 35273)
        juan.obregon@ @jacksonlewis.com
        **JACKSON LEWIS P.C.**
        650 Poydras Street, Suite 1900
        New Orleans, Louisiana  70130
        Telephone:         (504) 208-1755
        Facsimile:          (504) 208-1759

        **COUNSEL FOR DEFENDANT**